

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte Tammy Butler

No. 06-18-00110-CV

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CV04386). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and set aside the nunc pro tunc order of expunction.

It is further ordered that the appellee, Tammy Butler, pay all costs of this appeal.

RENDERED MAY 7, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk